### ED. SMITH v. STATE.

No. A-373.   Opinion Filed March 7, 1911.

Appeal from Coal County Court; R. H. Wells, Judge.

Ed. Smith was convicted in the county court of Coal county for carrying concealed weapons, and appeals. Affirmed.

J. G. Ralls, and C. M. Threadgill, for appellant.

Charles West, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for appellee.

PER CURIAM. A careful investigation of the record in this case shows that the appellant was properly tried and convicted in the court below. The only question worthy of consideration here was settled by the Supreme Court of this state in the case of Ex parte Thomas, in an opinion by Mr. Justice Dunn, found in 1 Okla. Cr. 210, 97 Pac. 260. The doctrine established in the Thomas case was specifically approved by this court in the case of State v. Homer Jones, 3 Okla. Cr. 412, 106 Pac. 351. The judgment of the court below is affirmed.

---

### FRANK LONG v. STATE.

No. A-393.   Opinion Filed March 7, 1911.

Appeal from Cherokee County Court; J. T. Parks, Judge.

Frank Long was convicted of carrying concealed weapons in the county court of Cherokee county, and appeals. Affirmed.

Bruce L. Keenan, for appellant.

Charles West, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for appellee.

PER CURIAM. A careful examination of the record in this case fails to disclose any material errors prejudicial to the substantial rights of the appellant. The judgment of the court below is therefore affirmed.